1  Thomas M. Kerr (State Bar No. 241530)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999

5  Attorneys for Plaintiffs
   PRIORITY RECORDS LLC;
6  UMG RECORDINGS, INC.;
7  and ARISTA RECORDS LLC

8              UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10

| 11 | PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br><br>Earl Anderson,<br><br>Defendant. | Case No.: C06-3456 SC<br><br>Honorable Samuel Conti<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>ORDER |
|---|---|---|

//
//
//
//
//
//
//
//
//

1

8-22-06

Plaintiffs Priority Records, Inc., UMG Recordings, Inc., and Arista Records LLC, through their counsel, and defendant Earl Anderson ("Defendant") hereby stipulate to extend the time in which Defendant has to answer or otherwise respond to the Complaint for thirty (60) days, to October 29, 2006.

DATED: August 22, 2006

THOMAS M. KERR
HOLME ROBERTS & OWEN LLP

By: _____
Thomas M. Kerr
Attorney for Plaintiffs
PRIORITY RECORDS LLC;
UMG RECORDINGS, INC.;
and ARISTA RECORDS LLC

DATED: August __, 2006

EARL ANDERSON

By: _____
*In propia persona*
Earl Anderson



IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Stipulation to Extend Time
Case No.: C06-3456 SC

823676 v1